UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY HOLLAND,<br>    Petitioner | :<br>:<br>: |
| v. | :   CIVIL NO. 1:13-CV-2813<br>: |
| DAVID EBBERT, WARDEN,<br>    Respondents. | :<br>:<br>: |

*O R D E R*

AND NOW, this 18th day of December, 2013, upon consideration of the report and recommendation of the magistrate judge (Doc. 4), filed November 19, 2013, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report (Doc. 4) is adopted.

    2. The Section 2241 petition (Doc. 1) is dismissed without prejudice to Petitioner requesting leave from the court of appeals to pursue a second and successive habeas corpus petition.

    3. The Clerk of Court shall close this file.

                                  /s/ William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge